DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THATIANA ALEXANDRE,** as Surviving Spouse and Natural Guardian of
**S.S.,** a minor,
Appellant,

v.

**NATASHA SYLVAIN,** as Personal Representative of the **ESTATE OF
JOSE PABLO SYLVAIN,**
Appellee.

No. 4D2024-0075

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. 21-006254 PRC.

Marva L. Wiley, Miami Shores, for appellant.

Michael A. Rajtar of Rajtar & Associates, P.A., Hollywood, and Marty Elberg of Circle of Life Legal Services, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and HARPER, BRADLEY G., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***